# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JANE COSTANZA                                                    CIVIL ACTION

VERSUS                                                               NO. 11-485

TEXAS ROADHOUSE, INC., ET AL.                         SECTION I

### ORDER OF DISMISSAL

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action is dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.**

New Orleans, Louisiana, December 13, 2011.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**