UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE COSTANZA                        CIVIL ACTION

VERSUS                        No. 11-485

TEXAS ROADHOUSE, INC., ET AL.                        SECTION I

### ORDER

Considering the joint motion[1] to dismiss with prejudice,

**IT IS ORDERED** that the motion is **GRANTED**. The claims of Jane Costanza are **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

New Orleans, Louisiana, November 19, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 24.

1